## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 14-cv-2459-WJM-KMT

ANDRE MAY, M.D.,

    Plaintiff,

v.

COLORADO MEDICAL BOARD,
ERIC GROCE, in his official capacity as a member of Board Inquiry Panel B;
TY HIGUCHI, in his official capacity as a member of Board Inquiry Panel B;
JEAN MILOFSKY, in her official capacity as a member of Board Inquiry Panel B;
MICHAEL RAGGIO, in his official capacity as a member of Board Inquiry Panel B; and
JUDITH SCHULMAN, in her official capacity as a member of Board Inquiry Panel B;

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case, and the Order Granting Plaintiff's Alternative Request to Dismiss Claims One and Four Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge on October 21, 2014,

IT IS ORDERED that Plaintiff's Notice of Dismissal of Counts Without Prejudice (Doc No. 24) is GRANTED.

IT IS FURTHER ORDERED that the only claims remaining in this case, Claims One and Four of the Amended Complaint, are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this case is closed.  Each party shall pay its/their own fees and costs.

Dated at Denver, Colorado this 22nd day of October 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk